UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
BENSON EVERETT LEGG
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

March 14, 2000

MEMORANDUM TO COUNSEL RE:   HEAD SPORTS WEAR, INC. v.
WILSON SPORTING GOODS CO., et al.
Civil #L-98-3081

    Defendant Wilson has filed a Motion to Transfer Case, Defendant Baugh has filed a Motion to Dismiss, and Plaintiff has filed a Motion to Extend Time to take jurisdictional discovery. All motions are fully briefed. The Court has granted several extensions to allow the parties to negotiate a possible settlement. In the joint status report of March 10, 2000, counsel has informed the Court that the parties are on the cusp of settlement

    Because of the impending settlement, the Court will DISMISS WITHOUT PREJUDICE Wilson's Motion to Transfer Case (Docket no. 7), Baugh's Motion to Dismiss (Docket no. 9), and Head's Motion to Extend Time (Docket no. 16). On or before March 31, 2000, counsel shall submit a joint status report advising the Court whether settlement has been concluded. If settlement has been concluded, counsel will submit a proposed Order dismissing the case. If settlement has not been concluded, the Court shall issue an Order resurrecting the Motions.

    Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File