UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

April 4, 2000

MEMORANDUM TO COUNSEL RE:   Head Sports Wear, Inc. v.
Wilson Sporting Goods Co., et al.
Civil #L-98-3081

Dear Counsel:

The Court thanks Mr. Snow for his letter/joint status report of March 30, 2000. The request to submit a joint status report by April 14, 2000 is hereby granted.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File

\_\_\_\_FILED   \_\_\_\_ENTERED
\_\_\_\_LODGED   \_\_\_\_RECEIVED

APR 5 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY